In the Matter of the Application of The Corporation Counsel of the City of New York, for the Appointment of Commissioners of Estimate and Assessment, to Ascertain and Determine the Compensation Which Should Justly Be Made

to Owners Abutting on Garden Place and Vernon Parkway for Damages Caused by the Closing of Garden Place, Situated in Blocks 5084 and 5087 and of Vernon Parkway Situated in Blocks 5085 and 5111, in the Borough of Bronx, City of New York. CARMELA LEMBO, Claimant to Damage Parcel No. 20, Appellant; THE CORPORATION COUNSEL OF THE. CITY OF NEW YORK, Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents upon the question of failure to allow interest upon the award.